UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

GLEN E. HARMAN,                                    Case No. 16-20121

                                                   Chapter 7 Proceeding
_____/                    Honorable Daniel S. Opperman

**NOTIFICATION OF ASSET CASE (NO HEARING SET)**
<u>**TO CLERK OF THE UNITED STATES BANKRUPTCY COURT**</u>

    Randall L. Frank, the duly sworn appointed Chapter 7 Trustee in the above named captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notices should be given to creditors to file claims.

DATED: July 25, 2016                               /s/ Randall L. Frank
                                                   _____
                                                   Randall L. Frank (P33189)
                                                   Chapter 7 Trustee
                                                   P.O. Box 2220
                                                   Bay City, MI 48707-2220
                                                   (989) 893-2461
                                                   randall.frank@gmail.com