| Case No.: | 16-20121 | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|
| Case Name: | HARMAN, GLEN E | | Date Filed (f) or Converted (c): | 01/26/2016 (f) |
| For the Period Ending: | 06/30/2016 | | §341(a) Meeting Date: | 03/01/2016 |
| | | | Claims Bar Date: | 10/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| **Ref. #** | | | | | |
| 1. 8781 Long Rapids Rd. Alpena MI 49707-0000 home sits on Lots 42, 43, 44 & 45 - 5.8 acres - 1200 sq. built 15yrs old , 2 bdrm,1 bath, house is a log home and the bottom log are rotten and need replacement, minus 10% for sale and closing - $100,000.00 - $10,000.00 =$90,000.00 | $90,000.00 | $0.00 | | $0.00 | FA |
| 2. Harley Davidson Motorcycle Heritage Softtail 2001 40000 propety owned by debtor but note signed by another party | $5,000.00 | $0.00 | | $0.00 | FA |
| 3. Ford F250 2003 260,000 truck bed is rusted out - 4wheel drive is seized up, front end shot- needs extensive work | $3,000.00 | $0.00 | | $0.00 | FA |
| 4. IHC dump truck 1967 unknown truck sits in a field, does not run, only had salvage value | $200.00 | $200.00 | | $0.00 | FA |
| 5. Ford Ranger 2001 60000 master cylinder on brakes needs replacement - truck in accident and has property damage | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 6. Chevrolet Camero 1986 80000 | $7,000.00 | $4,000.00 | | $0.00 | $7,000.00 |
| 7. Interstate 2005 flatbed trailer - 16' ( trailer has many dents and has rust) | $1,000.00 | $0.00 | | $0.00 | FA |
| 8. Haulmark 2004 enclosed trailer - 22' - trailer has large hole on side of trailer that is covered with duct tape | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 9. Prowler trlr coach 1988 camper - 24', stove doesn't work, no hot water, rusted | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 10. Tracker 18' outboard boat 1995 w/ 40 hp motor and trailer | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 11. Bobcat S250 2003 Has 2200 hours,hydrostatic motor filters need replacement, wiring system needs repair, tires need replacement, bearings in front need replacement | $8,000.00 | $0.00 | | $0.00 | FA |

SUBTOTALS $0.00 $0.00

| Case No.: | 16-20121 | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|
| Case Name: | HARMAN, GLEN E | | Date Filed (f) or Converted (c): | 01/26/2016 (f) |
| For the Period Ending: | 06/30/2016 | | §341(a) Meeting Date: | 03/01/2016 |
| | | | Claims Bar Date: | 10/24/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |
| 12 | stove, refrigerator, dishwasher, microwave, table & chairs, stools, couch, end table ,coffe table, tv , stand, dvd player, fish tank, bed, dresser, desk, computer, chair, bed, dressers, refrigerator, freezer, tv, lawnmower, tv. | $2,000.00 | $0.00 | | $0.00 | FA |
| 13 | 6 rifles, 2 handguns, 2 shotguns | $2,100.00 | $0.00 | | $0.00 | FA |
| 14 | clothes | $100.00 | $0.00 | | $0.00 | FA |
| 15 | Cash | $1.00 | $1.00 | | $0.00 | FA |
| 16 | checking & savings Besser Credit Union | $5.00 | $5.00 | | $0.00 | FA |
| 17 | Wild Cat Construction LLC -power tools and hand tools 100% | $4,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $128,406.00 | $10,206.00 | | $0.00 | $7,000.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
06/24/2016    Awaiting settlement and Bar Date.

**Initial Projected Date Of Final Report (TFR):**    12/31/2016      /s/ RANDALL L. FRANK
**Current Projected Date Of Final Report (TFR):**    12/31/2016      RANDALL L. FRANK